THE PEOPLE ex rel. SAMUEL MARSH, Jr., Appellants, *v.* MICHAEL DELANEY et al., Assessors, etc., Respondents.

A departure by assessors from the standard fixed by statute for estimating the value of property placed upon the assessment roll cannot be corrected upon *certiorari*, nor can their failure to assess the property of a corporation, as required, be so corrected. The court may reverse the assessment as made, and direct a reassessment; but after the roll has been delivered to the board of supervisors and the power of the assessors over it has ceased, a *certiorari* should not be allowed; and if allowed, should be quashed even after return made.

(Argued March 1, 1872; decided April 2, 1872.)

APPEAL from an order of the General Term of the Supreme Court in the second judicial department, quashing a writ of certiorari issued to .defendants as assessors of the town of Southfield, Richmond county. The relator, a tax-payer of the town of Southfield, obtained the writ upon the ground that defendants had omitted to make the proper entries required by the Revised Statutes (as amended, Laws of 1853, chap. 654; Laws of 1857, chap. 456) in respect to the Richmond County Gas-light Company, and had undervalued its property $226,600. It appeared that prior to the issuing of the writ, the defendants had completed their roll and it had been delivered to the board of supervisors.

*Wm. Henry Anthon* for the appellants.

*Geo. J. Greenfield* for the respondents.

GROVER, J., reads opinion for affirmance. All concur. Order affirmed, without costs.